**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-7000**

KEVIN FAUNTLEROY,

                    Plaintiff – Appellant,

          v.

TED HULL, Superintendent of NNRJ; LYNN SUDDUTH, now known
as Lynn Marie Resler, Ms., Captian/Head of Medical; CAROLYN
NEAL, Ms., LP/RN Head Nurse of Medical,

                    Defendants – Appellees,

          and

DEPARTMENT OF CORRECTIONS; KEN CUCCINELLI, VA Attorney
General,

                    Defendants.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.    John A. Gibney, Jr.,
District Judge. (3:11-cv-00858-JAG)

Submitted: November 18, 2014      Decided: November 24, 2014

Before WILKINSON, MOTZ, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kevin Fauntleroy, Appellant Pro Se. Grant Edward Kronenberg,
MORRIS & MORRIS, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin Fauntleroy appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Fauntleroy v. Hull, No. 3:11-cv-00858-JAG (E.D. Va. June 9, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED